```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| CAROLYN BETHEA, et al., | HON. JEROME B. SIMANDLE |
| Plaintiffs, | Civil No. 11-254 (JBS/JS) |
| v. | |
| ISRAEL ROIZMAN, et al., | **ORDER** |
| Defendants. | |

This matter having come before the Court upon the Plaintiffs' Motion for Summary Judgment [Docket Item 123], the City Defendants' Cross Motion for Summary Judgment [Docket Item 166] and the Roizman Defendants' Cross Motion for Summary Judgment [Docket Item 180]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this ___**27th**___ day of **September, 2012** hereby

ORDERED that the Plaintiffs' Motion for Summary Judgment [Docket Item 123] is **DENIED;** and it is

ORDERED that the City Defendants' Cross Motion for Summary Judgment [Docket Item 166] is **GRANTED;** and it is

ORDERED that the Roizman Defendants' Cross Motion for Summary Judgment [Docket Item 180] is **GRANTED;** and it is further

ORDERED that the clerk shall cause this case to be closed upon the docket.

 **s/ Jerome B. Simandle**
JEROME B. SIMANDLE
Chief U.S. District Judge